**Electronically Filed
Supreme Court
SCWC-12-0000753
20-MAR-2018
12:24 PM**

SCWC-12-0000753

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LEAH CASTRO, individually and as PERSONAL REPRESENTATIVE
of the ESTATE OF BRIANDALYNNE CASTRO, deceased minor,
Respondent/Plaintiff-Appellee,

vs.

LEROY MELCHOR, in his official capacity; WANNA BHALANG,
in her official capacity; TOMI BRADLEY, in her official
capacity; STATE OF HAWAIʻI; and HAWAIʻI DEPARTMENT OF
PUBLIC SAFETY, Petitioners/Defendants-Appellants,

and

AMY YASUNAGA, in her official capacity; ROBERTA MARKS,
in her official capacity, KENNETH ZIENKIEWICZ, M.D., in
his official capacity; and KEITH WAKABAYASHI, in his
official capacity; Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000753; CIVIL NO. 08-1-0901)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of McKenna, J., filed
March 13, 2018, is corrected as follows:

On page 33, the text of footnote 18 is changed to "See
supra n.17."

On page 34, the text of footnote 19 is changed to "See
supra n.17."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, March 20, 2018.



/s/ Sabrina S. McKenna

Associate Justice